# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                          Case No. 08-CR-212

YU TIAN LI,

        Defendant.

---

### ORDER EXTENDING DETENTION OF XIAO XI ZHANG, FRANCISCO TORRES-HERNANDEZ, AND GEN FANG WANG AS MATERIAL WITNESSES

---

On July 25, 2008, the court held hearings upon the arrests of Xiao Xi Zhang, Francisco Torres-Hernandez, and Gen Fang Wang, who were brought before the court to serve as material witnesses in this matter. The court entered orders pursuant to 18 U.S.C. § 3144 detaining each of the witnesses for a period not to exceed 30 days.

Presently before the court is the government's motion to extend the period of detention of these material witnesses for an additional 30 days. The government's reasons for seeking the extension include difficulties in coordinating the schedules of all of the parties required for the depositions, the delay in retaining counsel by Mr. Li, the delay in providing discovery materials to him, and the difficulties defense counsel has had consulting with his client due to both the language barrier and the fact that the defendant is in custody.

The court finds that good cause has been shown for the delay in obtaining depositions of the material witnesses and will extend the orders of detention.

**NOW, THEREFORE, IT IS ORDERED** that the orders of detention committing Francisco Torres-Hernandez, Gen Fang Wang, and Xiao Xi Zhang to the custody of the United States Marshal Service are extended for an additional 30 days to allow the taking of depositions pursuant to the Federal Rules of Criminal Procedure.

Dated this 22nd day of August, 2008.

s/ James R. Sickel
JAMES R. SICKEL
United States Magistrate Judge