UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                      Case No. 08-CR-212

  v.

YU TIAN LI,

        Defendant.

## ORDER TO DISMISS

Based on the Government's motion and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Counts Four and Five of the indictment in this matter are hereby dismissed without prejudice.

**SO ORDERED** this 29th day of January, 2009.

                                            s/ William C. Griesbach
                                            WILLIAM C. GRIESBACH
                                            U.S. District Judge