UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                    Case No. 08-CR-212

YU TIAN LI,

        Defendant.

## ORDER OF CLARIFICATION

The Court has been advised by the probation agent supervising the defendant in this matter that the defendant is under the impression that his sentence has been stayed pending the resolution of his motion to vacate his conviction and sentence. A review of the docket reveals that the last order entered by the Court was an order of September 9, 2010, vacating the stay previously entered pending the appeal. No other order staying imposition of the sentence has been entered.

Accordingly, the defendant is required to report to commence serving his sentence as directed by the Bureau of Prisons and Pre-trial Services.

**SO ORDERED** this   1st   day of December, 2010.

                                                    s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge